IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Amy Strickland, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 6:05-3598-HMH |
| | ) | |
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| TAP Pharmaceutical Products, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant has requested time to file a dispositive motion and advises the court that the Plaintiff objects.

Both parties have until December 10, 2007, to file dispositive motions.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
November 28, 2007

1